UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

RAMON RODRIGUEZ,
LUIS LEONARDO HERNANDEZ, and all
Others similarly situated under 29 U.S.C. 216(b),

       Plaintiff,

v.

OBRASCON HUARTE LAIN, S.A., INC.,
OHL USA, INC. d/b/a OHL NORTH AMERICA,
 and COMMUNITY ASPHALT CORP.

       Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendants, OBRASCON HUARTE LAIN, S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA, and COMMUNITY ASPHALT CORP (collectively "Defendants") hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441 and states the following grounds for removal of this case from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida:

## REMOVAL JURISDICTION

1.     This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law-the Fair Labor Standards Act (FLSA).

CASE NO.: _____

TIMELINESS OF REMOVAL

2.      On October 31, 2019, Plaintiffs commenced a civil action against Defendants by filing a Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2019-032333-CA-01.

3.      In accordance with 28 U.S.C. § 1446(a), true and correct copies of the State Court Docket, including all process, pleadings, documents, and orders which have been served upon Defendants are attached hereto as Exhibit "A."

4.      On November 6, 2019, Plaintiffs filed a First Amended Complaint and then subsequently served that Amended Complaint on Defendants on November 15, 2019.

5.      Defendants were never served with Plaintiff's initial complaint and Defendants have not served any answer or responsive pleading to Plaintiffs' First Amended Complaint.

6.      This Notice is filed with this Court within thirty (30) days after Defendants received a copy of the First Amended Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court.  This removal is timely pursuant to 28 U.S.C. § 1446(b).

FEDERAL QUESTION JURISDICTION

7.      This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiffs allege in the First Amended Complaint a violation of the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.*

CASE NO.: _____

## VENUE

8.      Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9.      Defendants submit this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiffs and without conceding that Plaintiffs have pled claims upon which relief can be granted.

10.     Contemporaneously with this filing, Defendants also are filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).  A true and accurate copy of the State Court Notification of Removal is attached as Exhibit "B."

11.     As required by Federal Rule of Civil Procedure 81(c)(2), Defendants will file a response to Plaintiff's Complaint in this Court within seven days of filing this Notice of Removal.

WHEREFORE, Defendants, OBRASCON HUARTE LAIN, S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA, and COMMUNITY ASPHALT CORP., respectfully request this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Dated: December 9, 2019

Respectfully submitted,

/s/ Pedro Forment
Pedro Forment, Esq.
Florida Bar No.: 61026
E-mail: pedro.forment@jacksonlewis.com
Neil D. Kodsi, Esq.
Florida Bar No. 11255
E-mail: neil.kodsi@jacksonlewis.com

CASE NO.: _____

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2019, I filed the foregoing document with the

Clerk of the Court.  I also certify that the foregoing document is being served this day on all

counsel of record identified on the attached Service List via Electronic Mail.


 /s/ Pedro Forment_____
Pedro Forment, Esq.


## SERVICE LIST

**United States District Court for the Southern District of Florida**
***Ramon Rodriguez, et al v. Obrascon Huarte Lain, S.A., Inc., et al.***

**Case No. _____**

Lisa Kuhlman, Esq.
Florida Bar No.: 0978027
E-mail: lkuhlman.jhzidellpa@gmail.com
J.H. Zidell, P.A,
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Attorneys for Plaintiffs*

Pedro Forment, Esq.
Florida Bar No.: 61026
E-mail: pedro.forment@jacksonlewis.com
Neil D. Kodsi, Esq.
Florida Bar No. 11255
E-mail: neil.kodsi@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
*Attorneys for Defendants*

4852-5314-0654, v. 1