# EXHIBIT A

## RAMON RODRIGUEZ ET AL VS COMMUNITY ASPHALT CORPORATION ET AL

Local Case Number: 2019-032333-CA-01
Filing Date: 10/31/2019
State Case Number: 132019CA032333000001
Case Type: Other Civil Complaint
Consolidated Case No.: N/A
Judicial Section: CA25
Case Status: OPEN

## Dockets

**Dockets Retrieved: 17**

Export to

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|------------|----------|
| 14 | 11/26/2019 | | Service Returned | Event | |
| 13 | 11/26/2019 | | Service Returned | Event | |
| 12 | 11/26/2019 | | Service Returned | Event | |
| 10 | 11/08/2019 | | Receipt: | Event | **RECEIPT#:3540156 AMT PAID:$30.00 NAME:J H ZIDELL 300 71ST ST STE 605 MIAMI BEACH FL 33141-3089 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMON** |
| | 11/07/2019 | | 20 Day Summons Issued | Service | |
| 9 | 11/07/2019 | | ESummons 20 Day Issued | Event | *Parties: Community Asphalt Corporation* |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|------------|----------|
| | 11/07/2019 | | 20 Day Summons Issued | Service | |
| 8 | 11/07/2019 | | ESummons 20 Day Issued | Event | *Parties: OBRASCON HUARTE LAIN. NA INC* |
| | 11/07/2019 | | 20 Day Summons Issued | Service | |
| 7 | 11/07/2019 | | ESummons 20 Day Issued | Event | *Parties: OHL COMMUNITY ASPHALT* |
| 6 | 11/07/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 5 | 11/07/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 4 | 11/07/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 11 | 11/06/2019 | | Amended Complaint | Event | |
| 3 | 11/02/2019 | | Receipt: | Event | **RECEIPT#:3530252 AMT PAID:$401.00 NAME:KUHLMAN, LISA 300 71 STREET, #605 MIAMI BEACH FL 33141 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | | | | | **TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIP** |
| 2 | 10/31/2019 | | Complaint | Event | |
| 1 | 10/31/2019 | | Civil Cover | Event | |

Filing # 98211979 E-Filed 10/31/2019 05:29:14 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>Ramon Rodriguez, Luis Leonardo Hernandez</u>
 Plaintiff
         vs.
<u>Community Asphalt Corporation</u>
Defendant

---

**II.   TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability – commercial
  ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure $0 - $50,000
  ☐ Commercial foreclosure $50,001 - $249,999
  ☐ Commercial foreclosure $250,000 or more
  ☐ Homestead residential foreclosure $0 – 50,000
  ☐ Homestead residential foreclosure $50,001 - $249,999
  ☐ Homestead residential foreclosure $250,000 or more
  ☐ Non-homestead residential foreclosure $0 - $50,000
  ☐ Non-homestead residential foreclosure $50,001 - $249,999

☐ Non-homestead residential foreclosure $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical
  ☐ Malpractice – other professional
☒ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☒ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☐ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.     **REMEDIES SOUGHT** (check all that apply):
         ☒   Monetary;
         ☐   Non-monetary declaratory or injunctive relief;
         ☐   Punitive

IV.     **NUMBER OF CAUSES OF ACTION: (    )**
       (Specify)

       <u>1</u>

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
         ☐   Yes
         ☒   No

VI.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
         ☒   No
         ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
         ☒   Yes
         ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Lisa Marie Kuhlman</u>      FL Bar No.: <u>978027</u>
       Attorney or party                           (Bar number, if attorney)

      <u>Lisa Marie Kuhlman</u>   <u>10/31/2019</u>
          (Type or print name)                        Date

**IN THE CIRCUIT COURT IN AND FOR**
**THE ELEVENTH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY, FLORIDA**

CIVIL DIVISION

CASE NO.:

**RAMON RODRIGUEZ,**
**LUIS LEONARDO HERNANDEZ,**  and all
others similarly situated under 29 U.S.C. §
216(b),

    Plaintiff,

      vs.

**OBRASCON HUARTE LAIN, NA, INC.,**
**OHL COMMUNITY ASPHALT,** and
**COMMUNITY ASPHALT CORP.**

    Defendants.

_____/

### COMPLAINT UNDER 29 U.S.C. §§ 201- 216 OVERTIME WAGE VIOLATIONS

Plaintiffs, **RAMON RODRIGUEZ** and **LUIS LEONARDO HERNANDEZ**, on behalf of

themselves and all others similarly situated under 29 U.S.C. § 216(b), through undersigned

counsel, file this Complaint against Defendant, **OHL Corporation** and allege:

### JURISDICTION AND VENUE

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§

201-216. This Court has jurisdiction concurrent with the Federal Courts under 29

U.S.C. § 216(B).  This case involves damages in excess of $15,000 exclusive of

attorney's fees and costs.

2. The Plaintiffs RAMON RODRIGUEZ and LUIS LEONARDO HERNANDEZ were each residents of Miami-Dade County, Florida at the time the dispute arose and are each is *sui juris*.

3. The Defendant Obrascon Huarte Lain, North America, Inc. is a global corporation that regularly transacts business in Miami-Dade County. Upon information and belief, the Defendant Corporation was the Plaintiffs' FLSA employer during Plaintiff's relevant period of employment ("the relevant time period").

4. The Defendant OHL Community Asphalt is a business that regularly transacts business in Miami-Dade County. Upon information and belief, the Defendant OHL Community Asphalt was the Plaintiffs' FLSA employer during Plaintiffs' relevant period of employment.

5. The Defendant Community Asphalt Corp. is a Florida Corporation that regularly transacts business in Miami-Dade County. Upon information and belief, the Defendant OHL Community Asphalt was the Plaintiffs' FLSA employer during Plaintiffs' relevant period of employment.

6. Venue is proper in this Court because Plaintiffs were residents of Miami-Dade County, Florida, at the time the dispute arose, the Defendant does business in Miami, Florida, and a substantial part of the events giving rise to these claims occurred within Miami-Dade County, Florida.

7. Plaintiffs worked for Defendant as heavy equipment operators from 2007 until on or about October 15, 2019 for Plaintiff Rodriguez and until on or about September 9, 2019 for Plaintiff Hernandez.

8. The acts and/or omissions giving rise to this Complaint arose in Miami-Dade County.

## COUNT I. FEDERAL OVERTIME WAGE VIOLATION

9. Plaintiffs re-allege the factual and jurisdictional statements in paragraphs 1-8 as though fully set forth herein.

10.     This action arises under the laws of the United States.

11.     This case is brought as a collective action under 29 U.S.C. § 216(b). It is believed that the Defendant has employed several other similarly situated employees like Plaintiffs who have not been paid overtime wages for work performed in excess of 40 hours weekly from the filing of this Complaint back three years.

12.     This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section 216 for jurisdictional placement).

13.     29 U.S.C. § 207 (a) (1) states, "Except as otherwise provided in this section, no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

14. Plaintiffs worked for Defendants as heavy equipment operators from 2007 through September and October of 2019.

16. As heavy equipment operators, Plaintiffs' job duties required of them by Defendants, along with other employees, included operating heavy construction equipment in the asphalt paving industry.

17. Defendant's business activities involve those to which the Fair Labor Standards Act

applies. Both the Defendant's business and the Plaintiffs' work for the Defendant affected

interstate commerce for the relevant time period. Plaintiffs' work for the Defendant affected

interstate commerce for the relevant time period because the materials and goods Plaintiffs used

on a constant and/or continual basis and/or that were supplied to Plaintiffs by the Defendant to

use on the job moved through interstate commerce prior to and/or subsequent to Plaintiffs' use of

the same. The Plaintiffs' work for the Defendant was actually in and/or so closely related to the

movement of commerce while they worked for the Defendant that the Fair Labor Standards Act

applies to Plaintiffs' work for the Defendant.

18. Additionally, Defendant regularly employed two or more employees for the relevant time

period who handled goods or materials that travelled through interstate commerce, or used

instrumentalities of interstate commerce as Plaintiffs did thus making Defendant's business an

enterprise covered under the Fair Labor Standards Act.

19. Upon information and belief, the Defendant Corporation had gross sales or business done

in excess of $500,000 annually for the years 2016, 2017, 2018 and expects the same for 2019.

20. Throughout their employment with Defendant, each Plaintiff worked approximately 15

overtime hours per week for Defendant and neither Plaintiff was paid for those hours.

21. The Plaintiffs' pay stubs showed that they were paid for 40 hours per week, so they are

owed time and one-half for all hours they worked over forty each week, as required by the Fair

Labor Standards Act. Plaintiffs, therefore, claim the time-and-a-half-overtime rate required by

the Fair Labor Standards Act.

22. Defendant willfully and intentionally refused to pay Plaintiffs' overtime wages as

required by the Fair Labor Standards Act as Defendant knew of the overtime requirements of the

Fair Labor Standards Act and recklessly failed to investigate whether Defendant's payroll

**4** of **5**

practices were in accordance with the Fair Labor Standards Act. Defendant remains owing

Plaintiffs these wages since the commencement of Plaintiffs' employment with Defendant

through each Plaintiff's termination date of October 15, 2019 and September 9, 2019

respectively.

   **WHEREFORE**, Plaintiffs request liquidated damages and reasonable attorney fees from

Defendant under the Fair Labor Standards Act (FLSA), Fla. Const. art. X § 24, Fla. Stat. §

448.109, and any other applicable authority, to be proven at the time of trial for all overtime

wages still owing from Plaintiffs' entire employment period with Defendant or as much as

allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that

this Court finds reasonable under the circumstances. **The Plaintiffs request a trial by jury.**

          Respectfully submitted this 31st day of October 2019,

          LISA KUHLMAN
          J. H. ZIDELL, P.A.
          ATTORNEYS FOR PLAINTIFF
          300 71ST STREET, SUITE 605
          MIAMI BEACH, FLORIDA 33141
          T: 305-865-6766
          F: 305-865-7167

          By: __/s/ Lisa Kuhlman_____
           Lisa Kuhlman, Esq.
           Florida Bar No.: 0978027

Filing # 98498315 E-Filed 11/06/2019 04:48:09 PM

IN THE CIRCUIT COURT IN AND FOR
THE ELEVENTH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION
CASE NO.: 2019-032333-CA-01

**RAMON RODRIGUEZ**,
**LUIS LEONARDO HERNANDEZ**,  and all
others similarly situated under 29 U.S.C. §
216(b),

    Plaintiffs,

    vs.

**OBRASCON HUARTE LAIN, S.A INC.,**
**OHL USA, INC. d/b/a OHL NORTH**
**AMERICA,** and **COMMUNITY ASPHALT**
**CORP.**

    Defendants.

_____/

## FIRST AMENDED COMPLAINT UNDER 29 U.S.C. §§ 201- 216 OVERTIME WAGE VIOLATIONS

Plaintiffs, **RAMON RODRIGUEZ** and **LUIS LEONARDO HERNANDEZ**, on behalf of

themselves and all others similarly situated under 29 U.S.C. § 216(b), through undersigned

counsel, files this First Amended Complaint against Defendants, **OBRASCON HUARTE**

**LAIN, SA, INC., OHL USA, INC. d/b/a OHL NORTH AMERICA, and COMMUNITY**

**ASPHALT CORP.** and allege:

## JURISDICTION AND VENUE

1.  This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§

201-216. This Court has jurisdiction concurrent with the Federal Courts under 29

U.S.C. § 216(B).  This case involves damages in excess of $15,000 exclusive of

attorney's fees and costs.

2.   The Plaintiffs **RAMON RODRIGUEZ and LUIS LEONARDO HERNANDEZ** were each  residents of Miami-Dade County, Florida at the time the dispute arose and are each is *sui juris*.

3.   The Defendant **OBRASCON HUARTE LAIN S.A. INC.** is a global corporation that regularly transacts business in Miami-Dade County. Upon information and belief, the Defendant **OBRASCON HUARTE LAIN S.A. INC.** was the Plaintiffs' FLSA employer during Plaintiff's relevant period of employment ("the relevant time period").

4.   The Defendant **OHL USA, INC. d/b/a OHL NORTH AMERICA** is a business that regularly transacts business in Miami-Dade County. Upon information and belief, the Defendant **OHL USA, INC. d/b/a OHL NORTH AMERICA** was the Plaintiffs' FLSA employer during Plaintiffs' relevant period of employment.

5.   The Defendant **COMMUNITY ASPHALT CORP**. is a Florida Corporation that regularly transacts business in Miami-Dade County.  Upon information and belief, the Defendant **COMMUNITY ASPHALT CORP** was the Plaintiffs' FLSA employer during Plaintiffs' relevant period of employment.

6.   Venue is proper in this Court because Plaintiffs were residents of Miami-Dade County, Florida, at the time the dispute arose, the Defendants do business in Miami, Florida, and a substantial part of the events giving rise to these claims occurred within Miami-Dade County, Florida.

7.   Plaintiff worked for Defendants as heavy equipment operators from 2007 until on or about October 15, 2019 for Plaintiff Rodriguez and until on or about September 9, 2019 for Plaintiff Hernandez.

8.   The acts and/or omissions giving rise to this Complaint arose in Miami-Dade County.

## **COUNT I. FEDERAL OVERTIME WAGE VIOLATION**

9.  Plaintiffs re-allege the factual and jurisdictional statements in paragraphs 1-8 as though fully set forth herein.

10.      This action arises under the laws of the United States.

11.      This case is brought as a collective action under 29 U.S.C. § 216(b).  It is believed that the Defendants have employed several other similarly situated employees like Plaintiffs who have not been paid overtime wages for work performed in excess of 40 hours weekly from the filing of this Complaint back three years.

12.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section 216 for jurisdictional placement).

13.      29 U.S.C. § 207 (a) (1) states, "Except as otherwise provided in this section, no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

14. Plaintiffs worked for Defendants as heavy equipment operators from 2007 through September and October of 2019.

16. As heavy equipment operators, Plaintiffs' job duties required of them by Defendants, along with other employees, included operating heavy construction equipment in the asphalt paving industry.

**3** of **5**

17. Defendants' business activities involve those to which the Fair Labor Standards Act applies. Both the Defendants' business and the Plaintiffs' work for the Defendants affected interstate commerce for the relevant time period. Plaintiffs' work for the Defendants affected interstate commerce for the relevant time period because the materials and goods Plaintiffs used on a constant and/or continual basis and/or that were supplied to Plaintiffs by the Defendants to use on the job moved through interstate commerce prior to and/or subsequent to Plaintiffs' use of the same. The Plaintiffs' work for the Defendants was actually in and/or so closely related to the movement of commerce while they worked for the Defendants that the Fair Labor Standards Act applies to Plaintiffs' work for the Defendants.

18. Additionally, Defendants regularly employed two or more employees for the relevant time period who handled goods or materials that travelled through interstate commerce, or used instrumentalities of interstate commerce as Plaintiffs did thus making Defendants' business an enterprise covered under the Fair Labor Standards Act.

19. Upon information and belief, the Defendant Corporations had gross sales or business done in excess of $500,000 annually for the years 2016, 2017, 2018 and expects the same for 2019.

20. Throughout their employment with Defendants, each Plaintiff worked approximately 15 overtime hours per week for Defendant and neither Plaintiff was paid for those hours.

21. The Plaintiffs' pay stubs showed that they were paid for 40 hours per week, so they are owed time and one-half for all hours they worked over forty each week, as required by the Fair Labor Standards Act. Plaintiffs, therefore, claim the time-and-a-half-overtime rate required by the Fair Labor Standards Act.

**4** of **5**

22. Defendants willfully and intentionally refused to pay Plaintiffs' overtime wages as required by the Fair Labor Standards Act as Defendants knew of the overtime requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Fair Labor Standards Act. Defendants remain owing Plaintiffs these wages since the commencement of Plaintiffs' employment with Defendant through each Plaintiff's termination date of October 15, 2019 and September 9, 2019 respectively.

**WHEREFORE**, Plaintiffs request liquidated damages and reasonable attorney fees from Defendants under the Fair Labor Standards Act (FLSA), Fla. Const. art. X § 24, Fla. Stat. § 448.109, and any other applicable authority, to be proven at the time of trial for all overtime wages still owing from Plaintiffs' entire employment period with Defendants or as much as allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. **The Plaintiffs request a trial by jury.**

Respectfully submitted this 6th day of November 2019,

LISA KUHLMAN
J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300 71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
T: 305-865-6766
F: 305-865-7167

By: ___/s/ Lisa Kuhlman_____
    Lisa Kuhlman, Esq.
    Florida Bar No.: 0978027

Filing # 98514383 E-Filed 11/07/2019 09:22:19 AM

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **2019-032333-CA-01** |

| PLAINTIFF(S) | VS.   DEFENDANT(S) | SERVICE |
|---|---|---|
| RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ OHL USA, INC. d/b/a OHL North America _____

_____ Registered Agent: COGENCY GLOBAL INC. _____

_____ 115 North Calhoun Street, Suite 4 _____
Tallahassee FL 32301

_____

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney: _____ J.H. ZIDELL, P.A. _____

whose address is: _____ 300 71st Street, Suite 605 _____

_____ Miami Beach FL 33141 _____

_____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | | DATE |
|---|---|---|
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 98514383 E-Filed 11/07/2019 09:22:19 AM

| | | CASE NUMBER |
|---|---|---|
| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |

| DIVISION | SUMMONS 20 DAY CORPORATE SERVICE | CASE NUMBER |
|---|---|---|
| ☑ CIVIL | **(a) GENERAL FORMS** | 2019-032333-CA-01 |
| ☐ DISTRICTS | | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS.   DEFENDANT(S) | SERVICE |
|---|---|---|
| RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ OBRASCON HUARTE LAIN S.A.,  INC. _____

_____ Registered Agent: COGENCY GLOBAL INC. _____

_____ 115 North Calhoun Street, Suite 4 _____
Tallahassee FL 32301

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney: _____ J.H. ZIDELL, P.A. _____

whose address is: _____ 300 71st Street, Suite 605 _____

_____ Miami Beach FL  33141 _____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| | | DATE |
|---|---|---|
| **HARVEY RUVIN** **CLERK of Courts** | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355,  at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 98514383 E-Filed 11/07/2019 09:22:19 AM

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2019-032333-CA-01 |
|---|---|---|
| **PLAINTIFF(S)**<br>RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | **VS. DEFENDANT(S)**<br>OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ COMMUNITY ASPHALT CORP.

_____ Registered Agent: COGENCY GLOBAL INC.

_____ 115 North Calhoun Street, Suite 4
Tallahassee FL 32301
_____

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A.

whose address is: _____ 300 71st Street, Suite 605

_____ Miami Beach FL 33141
_____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | | DATE |
|---|---|---|
| | DEPUTY CLERK | |

# AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 98514383 E-Filed 11/07/2019 09:22:19 AM

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
|---|---|---|
| **DIVISION** ☑ CIVIL ☐ DISTRICTS ☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE** **(a) GENERAL FORMS** | **CASE NUMBER** 2019-032333-CA-01 |
| **PLAINTIFF(S)** RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | **VS.  DEFENDANT(S)** OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ OHL USA, INC. d/b/a OHL North America _____

_____ Registered Agent: COGENCY GLOBAL INC. _____

_____ 115 North Calhoun Street, Suite 4 _____
Tallahassee FL 32301

_____

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A. _____

whose address is: _____ 300 71st Street, Suite 605 _____

_____ Miami Beach FL 33141 _____

_____

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN** **CLERK of COURTS** | *[signature]* 219401 DEPUTY CLERK | **DATE** 11/7/2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355,  at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 98514383 E-Filed 11/07/2019 09:22:19 AM

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | **SUMMONS 20 DAY CORPORATE SERVICE** | **CASE NUMBER** |
|---|---|---|
| ☑ CIVIL | **(a) GENERAL FORMS** | 2019-032333-CA-01 |
| ☐ DISTRICTS | | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS. DEFENDANT(S) | SERVICE |
|---|---|---|
| RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on
defendant(s): _____ OBRASCON HUARTE LAIN S.A., INC. _____

_____ Registered Agent: COGENCY GLOBAL INC. _____

_____ 115 North Calhoun Street, Suite 4 _____
Tallahassee FL 32301

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A. _____

whose address is: _____ 300 71st Street, Suite 605 _____

_____ Miami Beach FL 33141 _____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | *[signature]* 219401<br>DEPUTY CLERK | DATE<br>11/7/2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314 Rev. 09/19                                    Clerk's web address: www.miami-dadeclerk.com

Filing # 98514383 E-Filed 11/07/2019 09:22:19 AM

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |

| DIVISION | SUMMONS 20 DAY CORPORATE SERVICE | CASE NUMBER |
|---|---|---|
| ☑ CIVIL | (a) GENERAL FORMS | 2019-032333-CA-01 |
| ☐ DISTRICTS | | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | SERVICE |
|---|---|---|
| RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on
defendant(s): _____ COMMUNITY  ASPHALT CORP. _____

_____ Registered Agent: COGENCY GLOBAL INC. _____

_____ 115 North Calhoun Street, Suite 4 _____
Tallahassee FL 32301

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A. _____

whose address is: _____ 300 71st Street, Suite 605 _____

_____ Miami Beach FL  33141 _____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**
**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**
**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| **HARVEY RUVIN** **CLERK of COURTS** | *[signature]* 21940 DEPUTY CLERK | DATE 11/7/2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA
Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400,
Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email
ADA@jud11.flcourts.org; or via Fax at (305) 349-7355,  at least seven (7) days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than seven (7) days; if you are hearing or voice
impaired, call 711."**

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | *First Amended Complaint* | CASE NUMBER |
|---|---|---|
| ☑ CIVIL | SUMMONS 20 DAY CORPORATE SERVICE | 2019-032333-CA-01 |
| ☐ DISTRICTS | (a) GENERAL FORMS | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | SERVICE |
|---|---|---|
| RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on
defendant(s): _____ COMMUNITY  ASPHALT CORP.

Registered Agent: COGENCY GLOBAL INC.

115 North Calhoun Street, Suite 4
Tallahassee FL 32301

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A.

whose address is: _____ 300 71st Street, Suite 605

Miami Beach FL 33141

Allen Pyke
Certified Process Server ID #82
Second Judicial Circuit of Florida
Date: 11/15/19          Time: 2:30

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**
**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**
**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| HARVEY RUVIN CLERK of COURTS | DEPUTY CLERK   219401 | DATE 11/7/2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314  Rev. 09/19

Clerk's web address: www.miami-dadeclerk.com

## VERIFIED RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    **Circuit Court**

Case Number: 2019-032333-CA-01

Plaintiff:
**Ramon Rodriguez , Luis Leonardo Hernandez, and all others similarly situated
under 29 USC 216(b)**

vs.

Defendant:
**Obrascon Huarte Lain S.A. , Inc., et. al.**

For:
Plaintiff's Attorney

Received by Rush Process Servers Private Investigation Agency, Inc. on the 15th day of November, 2019 at 10:30 am to be
served on **Community Asphalt Corp. c/o Cogency Global, Inc., 115 North Calhoun Street, Suite 4, Tallahassee, FL 32301**.

I, Allen Pyke, do hereby affirm that on the **15th day of November, 2019** at **2:30 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons, First Amended Compliant Under 29 U.S.C. 2016-2116
Overtime Wage Violation** with the server's  identification number, initials, date, and hour of service endorsed thereon by me on the
copy served to:   **Ken Howell** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Cogency
Global, Inc.** as **Registered Agent for Community Asphalt Corp.**, and informed said person of the contents therein, in compliance
with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of
18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Allen Pyke**
I.D.#82-2nd Circuit

**Rush Process Servers Private Investigation Agency,
Inc.**
**P.O. Box 693180**
**Miami, FL 33169**
**(305) 571-7874**

Our Job Serial Number: VPS-2019012868

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☑ CIVIL ☐ DISTRICTS ☐ OTHER | *First Amended Complaint* **SUMMONS 20 DAY CORPORATE SERVICE** (a) GENERAL FORMS | **CASE NUMBER** 2019-032333-CA-01 |
| **PLAINTIFF(S)** RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | **VS. DEFENDANT(S)** OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | **SERVICE** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on
defendant(s): _____ OHL USA, INC. d/b/a OHL North America

_____ Registered Agent: COGENCY GLOBAL INC.

_____ 115 North Calhoun Street, Suite 4
_____ Tallahassee FL 32301

CLOCK IN

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A.

Allen Pyke
Certified Process Server ID #82
Second Judicial Circuit of Florida

whose address is: _____ 300 71st Street, Suite 605

Date: 11/15/19    Time: 3:00 ...

_____ Miami Beach FL 33141

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN** **CLERK of COURTS** | *(signature)* 219401 DEPUTY CLERK | **DATE** 11/7/2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

## VERIFIED RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    **Circuit Court**

Case Number: 2019-032333-CA-01

Plaintiff:
**Ramon Rodriguez , Luis Leonardo Hernandez, and all others similarly situated under 29 USC 216(b)**

vs.

Defendant:
**Obrascon Huarte Lain S.A. , Inc., et. al.**

For:
Plaintiff's Attorney

Received by Rush Process Servers Private Investigation Agency, Inc. on the 15th day of November, 2019 at 10:30 am to be served on **OHL USA,Inc d/b/a OHL North America c/o Cogency Global, Inc., 115 North Calhoun Street, Suite 4, Tallahassee, FL 32301**.

I, Allen Pyke, do hereby affirm that on the **15th day of November, 2019** at **2:30 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons, First Amended Compliant Under 29 U.S.C. 2016-2116 Overtime Wage Violation** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to:  **Ken Howell** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Cogency Global, Inc.** as **Registered Agent for OHL USA,Inc d/b/a OHL North America**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Allen Pyke**
I.D.#82-2nd Circuit

**Rush Process Servers Private Investigation Agency, Inc.**
**P.O. Box 693180**
**Miami, FL 33169**
**(305) 571-7874**

Our Job Serial Number: VPS-2019012867

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

Filing # 99461343 E-Filed 11/26/2019 10:29:15 AM

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION | *First Amended Complaint* | CASE NUMBER |
|---|---|---|
| ☑ CIVIL | SUMMONS 20 DAY CORPORATE SERVICE | 2019-032333-CA-01 |
| ☐ DISTRICTS | (a) GENERAL FORMS | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS. DEFENDANT(S) | SERVICE |
|---|---|---|
| RAMON RODRIGUEZ, LUIS LEONARDO HERNANDEZ, and all others similarly situated under 29 USC §216(b) | OBRASCON HUARTE LAIN S.A., INC., OHL USA, INC. d/b/a OHL NORTH AMERICA and COMMUNITY ASPHALT CORP. | |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on
defendant(s): _____ OBRASCON HUARTE LAIN S.A.,  INC.

Registered Agent: COGENCY GLOBAL INC.

115 North Calhoun Street, Suite 4
Tallahassee FL 32301

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ J.H. ZIDELL, P.A.

whose address is: _____ 300 71st Street, Suite 605

Miami Beach FL 33141

*Allen Pyke*
*Certified Process Server ID #82*
*Second Judicial Circuit of Florida*
*Date: 11/15/19   Time: 2:3...*

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,
or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.
When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| HARVEY RUVIN CLERK of COURTS | *[signature]* DEPUTY CLERK | DATE 11/7/2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA
Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400,
Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email
ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than seven (7) days; if you are hearing or voice
impaired, call 711."**

CLK/CT. 314 Rev. 09/19                                    Clerk's web address: www.miami-dadeclerk.com

## VERIFIED RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    **Circuit Court**

Case Number: 2019-032333-CA-01

Plaintiff:
**Ramon Rodriguez , Luis Leonardo Hernandez, and all others similarly situated under 29 USC 216(b)**

vs.

Defendant:
**Obrascon Huarte Lain S.A. , Inc., et. al.**

For:
Plaintiff's Attorney

Received by Rush Process Servers Private Investigation Agency, Inc. on the 15th day of November, 2019 at 10:30 am to be served on **Obrascon Huarte Lain,S.A. c/o Cogency Global, Inc., 115 North Calhoun Street, Suite 4, Tallahassee, FL 32301**.

I, Allen Pyke, do hereby affirm that on the **15th day of November, 2019** at **2:30 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons, First Amended Compliant Under 29 U.S.C. 2016-2116 Overtime Wage Violation** with the server's  identification number, initials, date, and hour of service endorsed thereon by me on the copy served to:  **Ken Howell** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Cogency Global, Inc.** as **Registered Agent for Obrascon Huarte Lain,S.A.**, and informed said person of the contents therein, in compliance with state statutes.


Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Allen Pyke**
I.D.#82-2nd Circuit

**Rush Process Servers Private Investigation Agency, Inc.**
**P.O. Box 693180**
**Miami, FL 33169**
**(305) 571-7874**

Our Job Serial Number: VPS-2019012869

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g