UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-25050-CIV-O'SULLIVAN

[CONSENT]

RAMON RODRIGUEZ, *et al.*

    Plaintiffs,

v.

OBRASCON HUARTE LAIN, S.A., INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (DE# 38, 9/14/20). The stipulation was filed pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil Procedure. The entry of a Rule 41(a)(1)(A)(ii) stipulation is self executing and divests the district court of jurisdiction. See <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012). Accordingly, it is

ORDERED AND ADJUDGED that the trial and all other hearings dates and deadlines are CANCELLED.

**THE CLERK IS DIRECTED TO MARK THIS CASE CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this <u>22nd</u> day of March, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE